THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH FRIEDMAN, etc., Defendant. CARMELO LAMPASONA and SAM FELDESMAN, Sureties, Respondents.— Order remitting forfeiture of bail bond and vacating judgment entered on said forfeiture reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the application was not made within the time prescribed by section 598 of the Code of Criminal Procedure.* Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOHN R. O'BRIEN, Respondent, v. BORDEN'S FARM PRODUCTS, INC., Appellant.— Judgment of conviction by city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS WARNER, Defendant. EQUITABLE SURETY COMPANY, Surety, Respondent.— Order remitting forfeiture of bail bond and directing cancellation of judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the failure of the surety to produce its principal as its undertaking agreed to do, together with the surety's omission to give any account as to his whereabouts, should have required a denial of this application. We do not agree with the contention of the respondent surety company that the facts alleged in the information fail to show the commission of a crime. Even if the information were subject to such criticism, we think the surety could not take advantage of that state of facts. Having given an undertaking to produce the principal, its duty was to produce him and not to rely upon any alleged infirmity in the information. (*Pernetti* v. *People*, 99 App. Div. 391, 392.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAMIE ZATTI, Defendant. CARMELO LAMPASONA, Surety, Respondent.— Order remitting forfeiture of bail bond and vacating judgment entered on said forfeiture reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the application was not made within the time prescribed by section 598 of the Code of Criminal Procedure.* Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

GARRETT H. SMITH, Appellant, v. COMPANIA LITOGRAFICA DE LA HABANA, Respondent — Judgment in so far as appealed from unanimously affirmed, with costs, upon opinion of Mr. Justice CARSWELL at Trial Term. [Reported in 127 Misc. 508.] Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BLODWEN SOLA, Respondent, v. LOUIS D. SOLA, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. This appeal having been submitted without argument, we conclude that it should be decided on the merits; and as our decision is one of affirmance, our order of May 2, 1927, staying the appellant, should be disregarded. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ESSIE COHN STARR, Appellant, v. DAVID HEIDEN, Respondent.— Order reversed on the law and the facts, and new trial granted, costs to abide the event. We think

* Amd. by Laws of 1926, chap. 478.— [REP.